# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  NIMS III, ARTHUR L. | 2. Court or Organization  UNITED STATES TAX COURT | 3. Date of Report  05/3/2012 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  JUDGE - SENIOR STATUS | 5a. Report Type (check appropriate type)  ☐ Nomination   Date  ☐ Initial   ☐ Annual   ☑ Final  5b. ☐  Amended Report | 6. Reporting Period  01/01/2011  to  08/04/2011 |
|---|---|---|

**7. Chambers or Office Address**

UNITED STATES TAX COURT
400 SECOND STREET, N.W.
WASHINGTON, DC 20217

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐    NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   CO-TRUSTEE | TRUST #1 |
| 2.   CO-TRUSTEE | TRUST #2 |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑    NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. QUARTERLY | SMITH COLLEGE GIFT ANNUITY - ANNUITY INCOME |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIMS III, ARTHUR L. | 05/3/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIMS III, ARTHUR L. | 05/3/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   TRUST # 1: | D | Int./Div. | N | T | | | | | |
| 2.   - Bk of Amer Tax-exmpt Reserves | | | | | | | | | |
| 3.   - Pfizer Common | | | | | Sold (part) | 02/28/11 | J | | |
| 4.   - Exxon Mobil Corp Common | | | | | Sold (part) | 02/28/11 | J | D | |
| 5.   - A T & T Common | | | | | | | | | |
| 6.   - Suntrust Banks Inc Common | | | | | | | | | |
| 7.   - Columbia Intermediate Muni Bond Fd Cl Z shs | | | | | | | | | |
| 8.   - Microsoft Corp Common | | | | | | | | | |
| 9.   - General Electric Common | | | | | Sold | 02/28/11 | J | | |
| 10.  - Columbia International Value Fund | | | | | Sold | 02/24/11 | J | | |
| 11.  - Columbia Midcap Growth Fund | | | | | | | | | Combines 2010 #12 & 27 |
| 12.  - Columbia Midcap Value Fund | | | | | | | | | |
| 13.  - Columbia Smallcap Index Fund | | | | | | | | | |
| 14.  - United Technologies Corp Common | | | | | | | | | |
| 15.  - Pepsico Inc Common | | | | | | | | | |
| 16.  - Columbia Marsico Int'l Opportunities Fd Cl Z | | | | | Sold (part) | 02/24/11 | J | | |
| 17.  - Hewlet Packard Co Common | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| NIMS III, ARTHUR L. | 05/3/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  - Praxair Inc Common | | | | | | | | | |
| 19.  - Procter & Gamble Common | | | | | | | | | |
| 20.  - Columbia Acorn Int'l Select Fund | | | | | | | | | Combines 2010 # 23 & 26 |
| 21.  - Columbia Real Estate Equity Fd | | | | | | | | | |
| 22.  - Pricipal Pfd Securities Fund | | | | | | | | | |
| 23.  - ColumbiaValue & Restructuring Fund | | | | | | | | | |
| 24.  - IShares MSCI EAFE Index Fund | | | | | | | | | |
| 25.  - Delaware Emerging Mkts Fund Instl Cl | | | | | Buy | 02/24/11 | J | | |
| 26.  - Pimco Commodity Real Return Strategy Fund | | | | | Buy | 02/24/11 | J | | |
| 27.  - Disney, Walt Co Common | | | | | Buy | 02/28/11 | J | | |
| 28.  - United Parcel Svc Inc Common | | | | | Buy | 02/28/11 | J | | |
| 29. | | | | | | | | | |
| 30. | | | | | | | | | |
| 31.  ROLLOVER IRA: | C | Int./Div. | | | | | | | |
| 32.  - Pershing Government Money Market Fund | | | | | Closed | 07/14/11 | N | | |
| 33.  - Amerigas Partners LP | | | | | Sold | 04/08/11 | J | D | |
| 34.  - Enterprise Products Partners LP | | | | | Sold (part) | 06/17/11 | J | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIMS III, ARTHUR L. | 05/3/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 07/07/11 | J | C | |
| 36.  - A T & T Common | | | | | Sold | 02/09/11 | J | | |
| 37.  - Duke Energy Corp Common | | | | | Sold | 07/07/11 | J | A | |
| 38.  - Teva Pharmaceutical ADR | | | | | Sold (part) | 06/17/11 | J | A | |
| 39. | | | | | Sold | 07/07/11 | J | A | |
| 40.  - Barrick Gold Corp Common | | | | | Sold | 06/02/11 | J | | |
| 41.  - Colgate Polmolive Corp Common | | | | | Sold | 07/07/11 | J | A | |
| 42.  - Hugoton Realty Trust | | | | | Sold | 06/17/11 | J | | |
| 43.  - Southern Co Common | | | | | Sold | 07/07/11 | J | A | |
| 44.  - Verizon Communications Common | | | | | Sold | 07/07/11 | J | B | |
| 45.  - Frontier Communications Corp Common | | | | | Sold | 07/07/11 | J | A | Combine 2010 #54, 114& 115 |
| 46.  - A T & T Corp NT 7.3%, 11/15/11 | | | | | Sold | 07/07/11 | J | A | |
| 47.  - Kinder Morgan Energy Ptnrs 6.75% due 3/15/11 | | | | | Sold | 03/15/11 | J | A | |
| 48.  - Apple Inc Common | | | | | Sold (part) | 01/18/11 | J | A | |
| 49. | | | | | Sold (part) | 06/17/11 | J | B | |
| 50. | | | | | Sold | 07/07/11 | J | B | |
| 51.  - Bristol Myers Squibb Co Common | | | | | Sold | 07/07/11 | J | A | Combines 2010 # 65 & 88 |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIMS III, ARTHUR L. | 05/3/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   - Consolidated Edison Inc Common | | | | | Sold | 07/07/11 | J | A | |
| 53.   - Hecla Mining Co Common | | | | | Sold (part) | 05/26/11 | J | B | |
| 54. | | | | | Sold (part) | 06/17/11 | J | B | |
| 55. | | | | | Sold | 07/07/11 | J | B | |
| 56.   - Microsoft Corp Common | | | | | Sold | 06/17/11 | J | | |
| 57.   - Newmont Mining Corp Common | | | | | Sold | 06/03/11 | J | A | |
| 58.   - Oracle Corp Common | | | | | Sold | 07/07/11 | J | B | |
| 59.   - Silver Wheaton Corp Common | | | | | Sold | 07/07/11 | J | C | |
| 60.   - WellsFargo & Co 6.375% due 8/1/11 | | | | | Sold | 07/07/11 | J | A | |
| 61.   - Allied Nev Gold Corp Common | | | | | Sold (part) | 04/15/11 | J | B | |
| 62. | | | | | Sold (part) | 06/17/11 | J | A | |
| 63. | | | | | Sold | 07/07/11 | J | C | |
| 64.   - Anadarko Petroleum Corp Common | | | | | Sold (part) | 06/17/11 | J | B | |
| 65. | | | | | Sold | 07/07/11 | J | B | |
| 66.   - Apache Corp Common | | | | | Sold (part) | 01/18/11 | J | A | |
| 67. | | | | | Sold (part) | 03/10/11 | J | A | |
| 68. | | | | | Sold (part) | 06/17/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIMS III, ARTHUR L. | 05/3/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold | 07/07/11 | J | A | |
| 70. - Cliff Natural Resources Common | | | | | Sold (part) | 06/17/11 | J | B | |
| 71. | | | | | Sold | 07/07/11 | J | B | |
| 72. - Cummings Engine Inc Common | | | | | Sold | 03/15/11 | J | A | |
| 73. - Deere & Co Common | | | | | Sold | 06/17/11 | J | A | |
| 74. - Devon Energy Corp Common | | | | | Sold (part) | 03/10/11 | J | B | |
| 75. | | | | | Sold (part) | 06/17/11 | J | A | |
| 76. | | | | | Sold | 07/07/11 | J | A | |
| 77. - Hess Corporation Common | | | | | Sold (part) | 06/02/11 | J | A | |
| 78. | | | | | Sold (part) | 06/17/11 | J | A | |
| 79. | | | | | Sold | 07/07/11 | J | A | |
| 80. - Merck & Co Common | | | | | Sold | 01/25/11 | J | | |
| 81. - Mosaic Co Common | | | | | Sold | 06/17/11 | J | A | |
| 82. - New Gold Inc CDA Common | | | | | Sold (part) | 06/17/11 | J | B | |
| 83. | | | | | Sold | 07/07/11 | J | B | |
| 84. - Peabody Energy Corp Common | | | | | Buy (add'l) | 03/02/11 | J | | |
| 85. | | | | | Sold | 07/07/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIMS III, ARTHUR L. | 05/3/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Pfizer Common | | | | | Sold (part) | 06/17/11 | J | A | |
| 87. | | | | | Sold | 07/07/11 | J | B | |
| 88. - Seabridge Gold Inc Common | | | | | Sold (part) | 05/17/11 | J | A | |
| 89. | | | | | Sold | 07/07/11 | J | A | |
| 90. - Hartford Financial Svs Nt, 4.0% due 3/30/15 | | | | | Sold | 07/07/11 | J | | |
| 91. - Citizenes Communications Nt, 6.625%, due 3/15/15 | | | | | Sold | 07/07/11 | J | A | |
| 92. - Anadarko Pete Corp Sr Nt, 6.375%, due 9/15/17 | | | | | Sold | 07/07/11 | J | A | |
| 93. - BP Cap Mkts PLC GTD Nt, 3/125% due 10/01/15 | | | | | Sold | 07/07/11 | J | A | |
| 94. - Alexco Res Corp Common | | | | | Buy | 04/04/11 | J | | |
| 95. | | | | | Sold | 07/07/11 | J | | |
| 96. - Freeport McMoran Copper & Gold Common | | | | | Buy | 03/23/11 | J | | |
| 97. | | | | | Sold | 06/17/11 | J | | |
| 98. - General Mills Common | | | | | Buy | 06/30/11 | J | | |
| 99. | | | | | Sold | 07/07/11 | J | | |
| 100. - Intel Corp Common | | | | | Buy | 01/26/11 | J | | |
| 101. | | | | | Sold | 07/07/11 | J | A | |
| 102. - ITT Corp Common | | | | | Buy | 02/03/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIMS III, ARTHUR L. | 05/3/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold | 06/17/11 | J | | |
| 104.   - Moly Corp Inc Common | | | | | Buy | 02/14/11 | J | | |
| 105. | | | | | Buy (add'l) | 02/17/11 | J | | |
| 106. | | | | | Buy (add'l) | 03/22/11 | J | | |
| 107. | | | | | Sold (part) | 04/21/11 | J | A | |
| 108. | | | | | Sold (part) | 06/02/11 | J | A | |
| 109. | | | | | Sold | 07/07/11 | J | B | |
| 110.   - Sandisk Corp Common | | | | | Buy | 04/06/11 | J | | |
| 111. | | | | | Sold | 07/07/11 | J | | |
| 112.   - SPDR Gold Trust ETF | | | | | Buy | 06/02/11 | J | | |
| 113. | | | | | Sold | 07/07/11 | J | | |
| 114.   - Cisco Sys Inc 3.15% due 3/14/17 | | | | | Buy | 03/11/11 | J | | |
| 115. | | | | | Sold | 07/07/11 | J | A | |
| 116. | | | | | | | | | |
| 117. | | | | | | | | | |
| 118.   MISCELLANEOUS ASSETS: | | | | | | | | | |
| 119.   US EE Savings Bond | E | Interest | | | Redeemed | 07/22/11 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIMS III, ARTHUR L. | 05/3/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Vanguard Admiral Money Market Fund | A | Dividend | M | T | | | | | |
| 121. Vanguard Index-500 Portfolio | A | Dividend | K | T | | | | | |
| 122. SunTrust Bank | A | Interest | N | T | | | | | |
| 123. Vanguard Admiral Money Market Fund | A | Dividend | L | T | | | | | |
| 124. Royalty Int.-oil & gas-Duncan Cnty Ok -LE Jones Operating | A | Royalty | J | W | | | | | |
| 125. Royalty Int.-oil&gas- Harris Cnty Tx - Brammer Eng. | | | | | | | | | |
| 126. Royalty Int.-oil&gas-Ok Cnty, OK - Teppco Crude Oil LLC | | | | | | | | | |
| 127. Royalty Int. - Oil&gas-OK Cnty,OK - Devon Energy Prod. | D | Royalty | L | W | | | | | |
| 128. Royalty Int. -oil & gas- Panola Cnty Tx- Classic Operating | A | Royalty | J | W | | | | | |
| 129. Royalty Int -oil & gas- Enid Ok Continental Resources | A | Royalty | J | W | | | | | |
| 130. Royalty Int.-oil&gas-Oklahoma Cnty Ok - Sunoco Partners | A | Royalty | J | W | | | | | |
| 131. Royalty Int -oil&gas-Oklahoma Cnty OK- Enterprise Crude | A | Royalty | J | W | | | | | |
| 132. | | | | | | | | | |
| 133. | | | | | | | | | |
| 134. NON-MANAGED ACCOUNT: | | | | | | | | | |
| 135. IRA, Vanguard 500 Index Fund | A | Dividend | J | T | | | | | |
| 136. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIMS III, ARTHUR L. | 05/3/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | | | | | |
| 138. MANAGED ACCOUNT # 2: | | | | | | | | | |
| 139. Ingersoll-Rand Public Limited Co | A | Dividend | K | T | | | | | |
| 140. Wells Fargo & Co Common | A | Dividend | K | T | Buy (add'l) | 05/02/11 | J | | |
| 141. MTB US Treas MMkt Inst II-Fd | A | Dividend | M | T | | | | | |
| 142. JPM Chase & Co Common | A | Dividend | K | T | | | | | |
| 143. Hartford Finan Services Common | A | Dividend | K | T | | | | | |
| 144. Pitney Bowes Inc Common | A | Dividend | J | T | Sold (part) | 04/19/11 | J | | |
| 145. | | | | | Sold (part) | 05/02/11 | J | | |
| 146. | | | | | Sold (part) | 07/14/11 | J | | |
| 147. Kimberly Clark Corp Common | A | Dividend | | | Sold | 01/26/11 | J | C | |
| 148. Barrick Gold Common | A | Dividend | K | T | Sold (part) | 04/28/11 | K | D | |
| 149. CA Inc Common | A | Dividend | K | T | | | | | Combines 2010 # 159 & 214 |
| 150. Loews Corp Common | A | Dividend | K | T | Sold (part) | 02/22/11 | J | C | |
| 151. | | | | | Sold (part) | 04/27/11 | J | B | |
| 152. Raytheon Co New Common | A | Dividend | J | T | | | | | |
| 153. Aon Corporation Common | A | Dividend | K | T | Sold (part) | 02/10/11 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIMS III, ARTHUR L. | 05/3/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Philip Morris Common | A | Dividend | K | T | Sold (part) | 02/24/11 | J | C | |
| 155. Lockheed Martin Corp Common | A | Dividend | J | T | Sold (part) | 02/10/11 | J | B | |
| 156. | | | | | Sold (part) | 04/20/11 | J | C | |
| 157. | | | | | Sold (part) | 07/07/11 | J | B | |
| 158. Motorola Solutions Inc (name change - formerly Motorola Inc) | A | Dividend | K | T | Sold (part) | 04/27/11 | J | | |
| 159. Motorola Mobility Hldgs - distribution from Motorola Inc | | None | K | T | Sold (part) | 01/04/11 | J | | |
| 160. | | | | | Sold (part) | 01/06/11 | J | | |
| 161. | | | | | Buy (add'l) | 03/04/11 | J | | |
| 162. | | | | | Buy (add'l) | 03/31/11 | J | | |
| 163. Genworth Financial Inc Cl A Common | | None | K | T | | | | | Combines 2010 # 170 & 216 |
| 164. Noble Energy Inc Common | A | Dividend | K | T | | | | | |
| 165. Union Pacific Corp Common | A | Dividend | K | T | | | | | |
| 166. Viacom Cl B (new) Common | A | Dividend | K | T | Sold (part) | 02/10/11 | J | A | |
| 167. | | | | | Sold (part) | 06/01/11 | J | A | |
| 168. Microsoft Corp Common | A | Dividend | K | T | | | | | |
| 169. Apache Corp Common | A | Dividend | K | T | Sold (part) | 01/14/11 | J | C | |
| 170. Amgen Inc Common | A | Dividend | K | T | Sold (part) | 03/03/11 | J | | Combines 2010 #182 & 212 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIMS III, ARTHUR L.. | 05/3/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 03/11/11 | J | | |
| 172. Gen Elec Co 5.2%, due 12/06/17 | B | Interest | L | T | | | | | |
| 173. Hess Corp Common | A | Dividend | J | T | | | | | |
| 174. Sanofi-Aventis ADR | B | Dividend | K | T | | | | | Combines 2010 #186 & 234 |
| 175. Anglogold Ashanti ADR | A | Dividend | K | T | Buy (add'l) | 01/20/11 | J | | |
| 176. Halliburton Hldg Co Common | A | Dividend | J | T | | | | | |
| 177. Merck & Co Common | A | Dividend | J | T | | | | | |
| 178. Metlife CAP Trust I | A | Dividend | K | T | | | | | |
| 179. NRG Energy Common | | None | J | T | | | | | |
| 180. Talisman Energy Common | A | Dividend | K | T | Sold (part) | 02/22/11 | J | B | |
| 181. | | | | | Buy (add'l) | 07/05/11 | J | | |
| 182. | | | | | Buy (add'l) | 07/29/11 | J | | |
| 183. | | | | | Buy (add'l) | 08/02/11 | J | | |
| 184. Canadian Natural Resources Ltd Common | A | Dividend | K | T | Sold (part) | 02/10/11 | J | B | Combines 2010 #196 & 213 |
| 185. Citigroup Inc Common | A | Dividend | K | T | Buy (add'l) | 03/31/11 | J | | |
| 186. | | | | | Buy (add'l) | 04/01/11 | J | | |
| 187. | | | | | Buy (add'l) | 05/12/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIMS III, ARTHUR L. | 05/3/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 05/24/11 | J | | |
| 189. CVS Caremark Common | A | Dividend | K | T | Buy (add'l) | 02/03/11 | J | | |
| 190. Ishares IBoxx Inv Gr Corp Bd Fd | B | Dividend | L | T | Sold (part) | 01/14/11 | K | B | Combines 2010 #201 &223 |
| 191. Kroger Co Common | A | Dividend | | | Sold (part) | 03/03/11 | J | A | |
| 192. | | | | | Sold (part) | 06/06/11 | J | A | |
| 193. | | | | | Sold | 06/21/11 | J | A | |
| 194. John Deere Cap Corp Note 2.875% due 6/19/12 | A | Interest | | | Sold | 08/04/11 | K | A | |
| 195. Goldman Sachs Group 6.0% due 5/01/14 | A | Interest | K | T | | | | | |
| 196. National City Corp 4.0%, due 02/01/11 | A | Interest | | | Matured | 02/01/11 | K | | |
| 197. Fedl Natl Mtge Assoc 5.25% due 9/15/16 | B | Interest | K | T | Sold (part) | 03/17/11 | K | A | |
| 198. Fed Natl Mtge Assoc 2.0% due 01/19/12 | A | Interest | K | T | | | | | |
| 199. Genworth Financial Inc 5.75% due 6/15/14 | A | Interest | K | T | | | | | |
| 200. General Motors Common | | None | J | T | Buy (add'l) | 02/23/11 | J | | |
| 201. Goldman Sachs Common | A | Dividend | K | T | Buy (add'l) | 03/16/11 | J | | |
| 202. | | | | | Buy (add'l) | 05/06/11 | J | | |
| 203. | | | | | Buy (add'l) | 07/05/11 | J | | |
| 204. Goldman Sachs 6.125% Preferred | A | Interest | | | Sold (part) | 02/04/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIMS III, ARTHUR L. | 05/3/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Sold (part) | 02/09/11 | J | A | |
| 206. | | | | | Sold (part) | 02/17/11 | J | A | |
| 207. | | | | | Sold | 02/22/11 | J | A | |
| 208. Lincoln National Corp Common | A | Dividend | J | T | | | | | |
| 209. Occidental Petroleum Common | A | Dividend | J | T | Sold (part) | 06/30/11 | J | B | |
| 210. Pfizer Inc Common | B | Dividend | K | T | | | | | |
| 211. Time Warner Common | A | Dividend | K | T | | | | | |
| 212. Unum Group Common | A | Dividend | K | T | | | | | |
| 213. CNA Financial Corp Bd 7.35%, due 11/15/19 | A | Interest | K | T | | | | | |
| 214. Motorola Inc Bd 6.5%, due 09/01/25 | B | Interest | | | Sold | 06/21/11 | K | | |
| 215. Arrow Electronics Inc 6.0% due 04/01/20 | A | Interest | J | T | Sold (part) | 07/14/11 | J | A | |
| 216. US Treas. Note 4.75%, 05/15/14 | A | Interest | K | T | | | | | |
| 217. US Treas. Note 3.25%, 12/31/16 | A | Interest | K | T | | | | | |
| 218. Cisco Systems Inc Common | A | Dividend | J | T | Buy | 05/12/11 | J | | |
| 219. | | | | | Buy (add'l) | 05/16/11 | J | | |
| 220. Teva Pharmaceutical Common | A | Dividend | J | T | Buy | 06/07/11 | J | | |
| 221. | | | | | Buy (add'l) | 06/24/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIMS III, ARTHUR L. | 05/3/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. Motorola Inc 7.5%, due 5/15/25 | | None | K | T | Buy | 06/01/11 | K | | |
| 223. | | | | | Buy (add'l) | 06/03/11 | J | | |
| 224. | | | | | Buy (add'l) | 06/27/11 | J | | |
| 225. Wachovia Cap III 5.75272, due 8/29/42 | A | Interest | K | T | Buy | 06/01/11 | K | | |
| 226. | | | | | Buy (add'l) | 06/06/11 | J | | |
| 227. US Treasury Note 3.625%, due 2/15/21 | | None | K | T | Buy | 03/17/11 | K | | |
| 228. US Treasury Note .375%, due 10/31/12 | | None | K | T | Buy | 08/01/11 | K | | |
| 229. US Treasury Note .375%, due 9/30/12 | | None | K | T | Buy | 08/01/11 | K | | |
| 230. US Treasruy Note .375%, due 8/31/12 | | None | K | T | Buy | 08/01/11 | K | | |
| 231. US Treasury Note .625%, due 6/30/12 | | None | K | T | Buy | 08/04/11 | K | | |
| 232. | | | | | | | | | |
| 233. | | | | | | | | | |
| 234. TRUST # 2: | C | Int./Div. | N | T | | | | | |
| 235. - BofA Treasury Reserves | | | | | | | | | |
| 236. - Columbia Intermed Bd Fd (formerly Columbia Total Return) | | | | | Sold (part) | 02/24/11 | J | | |
| 237. - Pfizer Common | | | | | Sold (part) | 02/28/11 | J | A | |
| 238. - A T & T Common | | | | | Sold (part) | 02/28/11 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. - Exxon Mobil Corp Common | | | | | Sold (part) | 02/28/11 | J | C | |
| 240. - Columbia Short Term Bond Fund | | | | | | | | | |
| 241. - Columbia Small Cap Index Fund | | | | | | | | | |
| 242. - Columbia Midcap Growth Fund | | | | | | | | | |
| 243. - Columbia Large Cap Value Fund | | | | | Buy (add'l) | 03/01/11 | J | | |
| 244. - Columbia Convertible Securities Fund | | | | | | | | | |
| 245. - Columbia Large Cap Index Fund | | | | | Buy (add'l) | 03/01/11 | J | | |
| 246. - Columbia Mid Cap Value Fund | | | | | Buy (add'l) | 03/01/11 | J | | |
| 247. - Columbia Marsico Focused Equities Fund | | | | | | | | | |
| 248. - Columbia Marsico Int'l Opportunities Fund | | | | | Sold (part) | 02/24/11 | J | | |
| 249. - Pimco Commodity Real Return Strategy Fd | | | | | Buy | 02/24/11 | J | | |
| 250. - Columbia Acorn Intl Select Fund | | | | | Buy | 03/01/11 | J | | |
| 251. - Columbia Real Estate Income Fd | | | | | Buy | 03/01/11 | J | | |
| 252. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIMS III, ARTHUR L. | 05/3/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ ARTHUR L. NIMS III**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544